# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GONZALEZ,<br><br>         Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>         Defendant. | Case No. 21-cv-522-MMA (MSB)<br><br>**ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

  On March 24, 2021, Rafael Gonzalez filed this social security appeal challenging the denial of his "application for a period of disability and disability insurance benefits" pursuant to 42 U.S.C. §§ 405(g).  Doc. No. 1 ¶¶ 3, 6–7.  All matters in this social security appeal are hereby referred to United States Magistrate Judge Michael S. Berg for report and recommendation pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1.  *See* 28 U.S.C. § 636(b)(1)(B); CivLR 72.1.

  **IT IS SO ORDERED**.

Dated: April 20, 2021

                        _____
                        HON. MICHAEL M. ANELLO
                        United States District Judge