# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael G.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>　　　　　　　　　Defendant.[1] | Case No. 21-cv-522-MMA (MSB)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION; AND**<br><br>[Doc. No. 22]<br><br>**(2) AFFIRMING THE COMMISSIONER OF SOCIAL SECURITY'S DECISION**<br><br>[Doc. No. 21] |

　　　On March 24, 2021, Plaintiff Rafael G. ("Plaintiff") filed this social security appeal challenging the denial of an application for disability insurance benefits. *See* Doc. No. 1. The Court referred all matters arising in this appeal to the assigned magistrate judge for

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit. No further action needs to be taken, pursuant to the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

report and recommendation pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1. *See* 28 U.S.C. § 636(b)(1)(B); S.D. Cal. CivLR 72.1. Judge Berg has issued a thorough and well-reasoned Report recommending that the Court affirm the decision of the Commissioner. *See* Doc. No. 22. Neither party objected to the Report and Recommendation. The time for filing objections has expired.

The duties of the district court in connection with a magistrate judge's report and recommendation are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Where the parties object to a report and recommendation ("R&R"), "[a] judge of the [district] court shall make a de novo determination of those portions of the [R&R] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). When no objections are filed, the district court need not review the R&R de novo. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). A district judge may nevertheless "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088 (S.D. Cal. 2006).

The Court has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Upon due consideration, the Court **ADOPTS** Judge Berg's Report and Recommendation in its entirety and **AFFIRMS** the decision of the Commissioner of Social Security. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

DATE: September 21, 2022

HON. MICHAEL M. ANELLO
United States District Judge